# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08-CR-30227-WDS |
| ) | |
| MICHAEL ROBERT ROY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to unseal material (Doc. 33) which the Court has been advised the government does not oppose, and motion for a continuance (Doc. 34). The defendant seeks the continuance so that he and counsel can have additional time to review the materials sought in the motion to unseal, all in preparation for the suppression hearing.

Upon review of the record, the Court **GRANTS** both motions. The government shall promptly provide the defendant with access to the materials sought in the motion to unseal, and the suppression hearing in this matter is, accordingly, reschedule for September 23, 2009, at1:30 P.M.

**IT IS SO ORDERED.**

**DATE:  28 August, 2009**

                                                    **s/ WILLIAM D. STIEHL**
                                                         **DISTRICT JUDGE**