IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-CR-30227-WDS |
| ) | |
| MICHAEL ROBERT ROY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM & ORDER**

**STIEHL, District Judge**:

Before the Court is the Government's motion to continue (Doc. 38). The government seeks a continuance of the scheduled suppression motion hearing to allow it additional time to respond to the second and third motions to suppress (Docs. 36 and 37) filed September 9 and 18, respectively. Defendant's third motion to suppress requests that the Court set a briefing schedule, which the government supports.

Accordingly, the Court **GRANTS** the government's motion to continue. This matter is rescheduled for hearing on the motion to suppress for Wednesday, October 21, 2009 at 11:00 A.M. The Court **SETS** the following briefing schedule: The defendant shall file its authority for the third motion to suppress on or before Friday, October 2, 2009. The government shall file its responses to the second and third motions to suppress on or before October 15, 2009.

**IT IS SO ORDERED.**

**DATE:**   22 September, 2009

                                    s/ WILLIAM D. STIEHL
                                    **DISTRICT JUDGE**